IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:08-CV-156-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARROLL PROPERTY, INCLUDING THE )<br>**REAL PROPERTY**: DESCRIBED IN DEED )<br>BOOK 1872, PAGE 8 OF THE HALIFAX )<br>COUNTY REGISTRY, NORTH CAROLINA, )<br>HAVING A STREET ADDRESS OF 75 DOLE )<br>DRIVE, ROANOKE RAPIDS, NORTH )<br>CAROLINA, PARCEL ID# 1203717 AND )<br>BEING TITLED IN THE NAME OF WANDA )<br>CARROLL; )<br>**VEHICLES**: ONE 2006 CHRYSLER 300, )<br>VIN: 2C3KA63H86H170951; AND )<br>ONE 2001 FORD F-150, VIN: 1FTRX17L-)<br>91NA55320; )<br>**PERSONAL PROPERTY**: ONE 1992 )<br>FLAMINGO MOBILE HOME, IDENTIFIED )<br>BY NUMBER 13824291 LOCATED ON THE )<br>REAL PROPERTY DESCRIBED IN BOOK )<br>1872, PAGE 8 OF THE HALIFAX COUNTY )<br>REGISTRY, NORTH CAROLINA, HAVING A )<br>STREET ADDRESS OF 75 DOLE DRIVE, )<br>ROANOKE RAPIDS, NORTH CAROLINA, )<br>PARCEL ID#1203717 AND BEING TITLED )<br>IN THE NAME OF WANDA CARROLL; AND )<br>ANY AND ALL PROCEEDS FROM THE SALE )<br>OF SAID PROPERTY, )<br>)<br>Defendants. ) | **PARTIAL DEFAULT JUDGMENT AS TO DEFENDANT ONE 2006 CHRYSLER 300** |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendant One 2006 Chrysler 300 and that publication has been duly made, in

accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant One 2006 Chrysler 300 was duly seized by the United States Marshal pursuant to said process;

2. A Consent to Forfeiture was signed by potential claimant Michael Wayne Carroll on February 5, 2008, whereby he knowingly and voluntarily forfeited his interest in the defendant property.

3. No entitled persons have filed any claim to the defendant One 2006 Chrysler 300 nor answer regarding it within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendant One 2006 Chrysler 300 are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant One 2006 Chrysler 300;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant One 2006 Chrysler 300 is forfeited to the United States of America; and

4. The United States Marshal is hereby directed to dispose of the defendant according to law.

2

SO ORDERED this 9 day of June, 2009.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

3